[No. 6963-2-I.  Division One.  March 3, 1980.]

HOLM ROOFING & SIDING CO., *Respondent,* v. GEORGE W. HOLM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 827757, Barbara J. Rothstein, J., entered

August 29, 1978. *Affirmed* by unpublished per curiam opinion.